# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN LINDER,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | No. 16-1321 |
| | : | |
| **CYNTHIA LINK, et al.,** | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 18th day of May, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus and available state court records, after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and no objections having been filed, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The above captioned matter is **STAYED** and placed **IN SUSPENSE** until the conclusion of Linder's state proceedings; and

3. Counsel for Respondents **SHALL NOTIFY** the Court within thirty days of the conclusion of the state proceedings so that the habeas petition may proceed in this Court.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**